IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEITH ERIC HAYNIE**                                                                                          **PLAINTIFF**

v.                                   Case No. 4:24-cv-00295-LPR

**ENTERGY OPERATIONS, INC.; and
CRITICAL ASSESSMENTS, THE STRESS
CENTER, P.C.**                                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against all Defendants are dismissed with prejudice.

IT IS SO ADJUDGED this 5th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE